**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6059

FRANCIS C. MBEWE,

Plaintiff - Appellant,

v.

UNKNOWN NAMES, (MCDCR) Montgomery County Department of
Correction and Rehabilitation Mail Room Clerks; DAVID, Cpt.,
Head of Montgomery County Department of Correction and
Rehabilitation (MCDCR) Mail Room; RICHARD DOVEY, C.O.S.,
Chief of Security of MCI-H; RICHARD, C.O. II, former
Property Room Officer of MCI-H; WACH, Mr., Case Manager;
STEVENUS, Ms., Librarian, MCI-H; MCI-H; MCDCR MAIL ROOM,

Defendants - Appellees,

and

STOUFFER, C.D.C, Head of Correction for the State of
Maryland; SOWERS, Warden (former) m MCI-H; WEBB, Warden,
MCI-H; SCOTT, MJ, Shift Commander, MCI-H; CLEVENGER, C.O.
II, Tier Officer for B2; WILLIAMS, Lt., Unit Manager of
Northside MCI-H; POWELL, Lt., former Unit Manager of
Northside MCI-H; VINSON, C.O. II, Dietary Officer of MCI-H;
WORGUL, C.O. II, Dietary Officer of MCI-H; HULL, Cpt.,
Dietary Manager of MCI-H,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District
Judge. (8:12-cv-03344-AW)

Submitted: April 17, 2014          Decided: April 22, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis C. Mbewe, Appellant Pro Se. Silvia Carolina Kinch, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland; Siobhan Kelly Madison, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis C. Mbewe appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint against the Appellees for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mbewe v. Unknown Names, No. 8:12-cv-03344-AW (D. Md. Dec. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED